UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABDULLA SALEH OBAID;<br>SAM MOHAMMED; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 1:19-CV-00602-DAD-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT (Doc. 5)** |

　　　　The plaintiff reports the parties have come to terms of settlement. (Doc. 5) He indicates the parties will seek dismissal of the action soon. Id. Thus, the Court **ORDERS**:

　　　　1.　　　　The stipulation to dismiss the action **SHALL** be filed **no later than August 12, 2019**;

　　　　2.　　　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　　Dated: __June 11, 2019__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE