UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABDULLA SALEH OBAID;<br>SAM MOHAMMED; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 1:19-CV-00602-DAD-JLT<br><br>**ORDER CLOSING THE CASE**<br>**(Doc. 8)** |

The plaintiff has filed a notice of voluntary dismissal. (Doc.8) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **July 18, 2019**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE